IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>PLAINTIFF, )<br>)<br>)<br>v. )<br>)<br>DC WATER AND SEWER AUTHORITY )<br>)<br>DEFENDANT ) | CA No. 1:25-cv-03189 |

UNOPPOSED MOTION FOR STAY AND
EXTENSION WITH REQUEST FOR EXPEDITED RULING

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and federal government shutdown. The EEOC also requests an expedited ruling on this motion.

1. The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

2. Federal government appropriations lapsed at midnight on September 30, 2025, and EEOC is now shut down.

3. The EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies …" 31 U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. Given the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on October 1, 2025.

5. Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

6. Counsel for the EEOC has contacted counsel for Defendant regarding this motion and Defendant does not oppose this motion.

7. The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted,

/s/ Thomas Rethage
THOMAS D. RETHAGE
Senior Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Philadelphia District Office
801 Market St., Suite 1000
Philadelphia, PA 19107
thomas.rethage@eeoc.gov
Phone: 267-589-9756

## CERTIFICATE OF SERVICE

      I, Thomas D. Rethage, certify that on October 1, 2025, I caused the foregoing Motion for Stay and Extension with Request for Expedited Ruling to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all parties of record. I have also delivered copies of the filings to Defendant.

          /s/ Thomas Rethage
          THOMAS D. RETHAGE
          Senior Trial Attorney
          EQUAL EMPLOYMENT
          OPPORTUNITY COMMISSION
          Philadelphia District Office
          801 Market St., Suite 1000
          Philadelphia, PA 19107
          thomas.rethage@eeoc.gov
          Phone: 267-589-9756